IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARWIN BOWERS                                                                      PLAINTIFF
ADC # 128038

v.                          No. 1:11-cv-31-DPM-JJV

JOE PAGE, III, Deputy Warden, Grimes Unit,
ADC; JOHN MAPLES, JR., Unit Warden, Grimes
Unit, ADC; CHRISTOPHER BUDNIK, Chief
Security Officer, Grimes Unit, ADC                                            DEFENDANTS

ORDER

Bowers has not objected to Magistrate Judge Volpe's recommended partial disposition, *Document No. 5*, and the Court sees no legal error or clear error on the face of the record in the proposal. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). The Court therefore adopts the proposed decision. Bowers's official-capacity damages claims are dismissed without prejudice; his Due Process claim is dismissed without prejudice; and John Maples Jr. is dismissed as a defendant.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2012