IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARWIN BOWERS                                                                    PLAINTIFF
ADC # 128038

v.                          No. 1:11-cv-31-DPM-JJV

JOE PAGE, III, Deputy Warden, Grimes Unit,
ADC; and CHRISTOPHER BUDNIK, Chief
Security Officer, Grimes Unit, ADC                                           DEFENDANTS

## ORDER

All Bowers's case-related mail has been coming back to the Court since early February because he has not kept his address current. Magistrate Judge Volpe recommends, *Document No. 21*, dismissal for failure to comply with Local Rule 5.5.(c)(2). Seeing no legal error or clear error on the face of the record, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts the proposed decision. Bowers's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2012