IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARWIN BOWERS                                                                  PLAINTIFF
ADC # 128038

v.                              No. 1:11-cv-31-DPM

JOE PAGE, III, Deputy Warden, Grimes Unit,
ADC; JOHN MAPLES, JR., Unit Warden, Grimes
Unit, ADC; CHRISTOPHER BUDNIK, Chief
Security Officer, Grimes Unit, ADC                                          DEFENDANTS

## JUDGMENT

Bowers's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2012